FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA

APR 0 4 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Auto-Wares, LLC, a Michigan Limited Liability
Company,

      Plaintiff,

vs.

Wisconsin river Co-Op Services, As Wisconsin
Membership Cooperative,

      Defendant.

_____/

**1  11  M I - 0 0 2 7**

Case No. 3:10-cv-00344-slc

Magistrate Judge Stephen L. Cocker

| | |
|---|---|
| Mary L. Pate (P71288) | Eric A. Bartsch (WI ID#1036474) |
| Honigman Miller Schwartz and Cohn LLP | Steven R. Kluz (MN ID#0286588) |
| Attorney for Plaintiff | Emily L. Grande (MN ID#_____) |
| 350 East Michigan Avenue, Suite 300 | Stoel Rives LLP |
| Kalamazoo, MI 49007-3800 | Attorneys for Defendant |
| (269)337-7828 | 33 South Sixth Street, Suite 4200 |
| mpate@honigman.com | Minneapolis, MN 55402 |
| | (612) 373-8800 |
| | eabartsch@stoel.com |
| | srkluz@stoel.com |
| | elgrande@stoel.com |

_____/

### NOTICE OF SUBPOENA *DUCES TECUM*
### TO THE CUSTODIAN OF THE RECORDS OF NAPA

    PLEASE TAKE NOTICE that a Subpoena To Produce Documents, Information or
Objects has been issued to The Keeper of the Records of NAPA. The documents must be
produced as follows:

| To: | DATE / TIME Due: | LOCATION |
|---|---|---|
| The Custodian of the Records of NAPA | 5:00 p.m. on April 30, 2011 | Honigman Miller Schwartz & Cohn LLP 350 Michigan Avenue, Suite 300 Kalamazoo, MI 49007-3800 |

At the time and place shown above, deponent is requested and required to produce the documents described in Attachment "A" attached hereto. The deponent is not required to appear if the records are produced by delivering them at the time and place described in the Subpoena. Reasonable copying costs will be reimbursed.

The documents are to be produced under the provision of applicable Federal Court Rules and statutes and are to be used for any and all purposes permitted by such court rules and statutes.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Auto-Wares, LLC

By:_____
    Mary L. Pate (P71288)
    350 East Michigan Avenue, Suite 300
    Kalamazoo, MI 49007-3800
    (269) 337-7828

Dated: 3/30/2011

ACTIVE.8929429.1

2